# United States Bankruptcy Court
## Southern District of Florida

In re  **MV Realty Holdings, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MV Realty Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Goodwood MVR**  
**200 S Biscayne Blvd.**  
**Suite 4100**  
**Miami, FL 33131**

**MTRX Holdings II, LLC**  
**6615 West Boynton Beach Blvd.**  
**Delray Beach, FL 33483**

**Red Apple, LLC**  
**325 NW 18th Street**  
**Delray Beach, FL 33444**

☐ None [*Check if applicable*]

**September 21, 2023**  
Date

**/s/ Michael D. Seese**  
**Michael D. Seese**  
Signature of Attorney or Litigant  
Counsel for **MV Realty Holdings, LLC**  
**Seese, P.A.**  
**101 N.E. 3rd Avenue**  
**Suite 1500**  
**Fort Lauderdale, FL 33301**  
**954-745-5897**  
**mseese@seeselaw.com**